# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:22-MJ-04069-JPH |
| FRANCISCO ANGULO-RIVERA | ) |
| | ) |
| *Defendant(s)* | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2022

SEAN F. McAVOY, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 25, 2022__ in the county of __Yakima__ in the __Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Minow, Special Agent, DEA
*Printed name and title*

Digitally signed by MICHAEL MINOW
Date: 2022.03.25 13:17:00 -07'00'

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 03/25/2022

*Judge's signature*

City and state: Yakima, Washington

JAMES P. HUTTON, U.S. Magistrate Judge
*Printed name and title*

AUSA: TMS        COUNTY: YAKIMA

*AUSA Assigned: Todd M. Swensen*

*County: Yakima*

*In Re: Affidavit in Support of Criminal Complaint* – Francisco Erasmo Angulo-RIVERA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Michael Minow, Special Agent of the Drug Enforcement Administration (DEA), am currently assigned to the Yakima Resident Office in the Seattle Field Division. I am a criminal investigator of the United States within the definition of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

2. I have been employed by the DEA since July 2017 and have been responsible for investigating violations of federal law including violations of the Controlled Substances Act. Prior to my employment with the DEA, I was a City of Chicago police officer from September 2010 through July 2017. In my current capacity as a DEA special agent, I have been assigned duties which include, but are not limited to, debriefing of defendants, witnesses, and informants, investigating crimes enumerated in the Controlled Substance Act, executing search/arrest warrants, collecting drug and non-drug evidence, supervision of cooperating individuals, monitoring drug related conversations, telephone toll analysis, and testifying before grand juries, and in state and federal court.

3. Additionally, I have participated in criminal investigations involving drug trafficking. This participation includes acting as the case agent, working in an undercover capacity, and assisting other law enforcement officers. Through this participation, and my training and experience, I have gained an understanding of the manner in which controlled substances are manufactured, transported, smuggled and distributed, and have come to understand the various roles members of a drug-trafficking organization serve in furtherance of the organization's drug-trafficking and money-laundering activities.

4. In addition, I have provided investigative expertise and assistance to various agents of the DEA and other law enforcement agencies in their investigations of individuals, organizations, and businesses involved in the trafficking of illegal controlled substances. As a result of this, I have encountered, and become familiar with, various tools, methods, trends, paraphernalia, and related articles utilized by various traffickers in their efforts to import, conceal, distribute, and manufacture controlled substances.

## **PROBABLE CAUSE STATEMENT**

5. In February 2021, members of the Drug Enforcement Administration (DEA) Yakima Resident Office initiated an investigation into the drug-trafficking activities of Francisco Erasmo Angulo-RIVERA (RIVERA) in the Yakima, WA area. Throughout the course of the investigation, the DEA conducted six controlled

purchases resulting in the seizure of approximately 1,983 grams (or 4.3 pounds) of methamphetamine and approximately 447 grams (or 2,100 pills) of fentanyl-laced pills directly from RIVERA. Each of the controlled purchases was conducted utilizing a DEA confidential source (CS). Additionally, each of the controlled purchases was audio and video recorded.

On or about June 10, 2021, the DEA special agents conducted a controlled purchase of suspected methamphetamine from RIVERA totaling approximately one pound (430 grams) of methamphetamine. The controlled purchase was conducted utilizing a DEA Confidential Source (CS) to whom RIVERA provided the methamphetamine. The suspected methamphetamine field-tested presumptive positive for methamphetamine and subsequently sent to the DEA Western Regional Laboratory (WRL) for further analysis. In February, the WRL's chemical analysis revealed that the substance was identified as Methamphetamine Hydrochloride with an 88% purity level, resulting in approximately 378 grams of actual (pure) methamphetamine.

On March 25, 2022, members of the DEA Yakima Resident Office executed a federal search warrant on the residence of RIVERA at 420 W. 3rd St., Wapato, WA. Upon execution of the search warrant, agents located approximately 3.3 grams of methamphetamine and approximately 20 grams of Marijuana.

On the same date, post-*Miranda*, RIVERA stated that he does not sell drugs, and "doesn't mess with" methamphetamine or fentanyl-laced pills. RIVERA further stated he only smokes weed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Michael Minow
Special Agent
Drug Enforcement Administration

Digitally signed by MICHAEL MINOW
Date: 2022.03.25 13:17:26 -07'00'

SWORN TO telephonically and subscribed electronically this 25th day of March 2022.

_____
Honorable James P. Hutton
United States Magistrate Judge